Christopher J. Clark
Direct Dial: (212) 906-1350
chris.clark@lw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-16

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 26, 2016

**MEMO ENDORSED**

**VIA FAX--(212) 805-7949**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Thomas C. Davis*, No. 16-cr-00338-PKC

Dear Judge Castel:

I represent Thomas Davis in the above-referenced case. I write to request a one week extension to obtain the signature of two financially responsible persons in support of Mr. Davis's appearance bond. The bond had originally required said signatures by Monday, May 30, 2016; they will now be required no later than June 6, 2016. This is our first request for an extension of this kind. I have spoken to the Government and have been informed that they consent to this request.

Thank you for your consideration.

Respectfully submitted,

*Application granted.*

*SO ORDERED*

Christopher J. Clark
of LATHAM & WATKINS LLP

5-27-16

cc:   Brooke Cucinella, Assistant United States Attorney (by email)
      Daniel Goldman, Assistant United States Attorney (by email)