# EXHIBIT C

# Berke, Barry H.

| | |
|---|---|
| **From:** | Goldman, Daniel (USANYS) <Daniel.Goldman2@usdoj.gov> |
| **Sent:** | Tuesday, July 12, 2016 7:10 PM |
| **To:** | Berke, Barry H.; Schoeman, Paul H. |
| **Cc:** | Cucinella, Brooke (USANYS) |
| **Subject:** | U.S. v. Walters |

Barry/Paul,

We intend to file a motion to intervene and stay the SEC case before the Answer is due on Tuesday. We understand that you oppose the motion to stay. What is your position on our motion to intervene in the case?

Thanks,
Dan

********************

Daniel S. Goldman
Senior Trial Counsel
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
T: (212) 637-2289
C: (646) 584-6578
F: (212) 637-0086