

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 9, 2016

**BY EMAIL AND ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States** v. **William T. Walters, a/k/a "Billy,"**
> **S1 16 Cr. 338 (PKC)**

Dear Judge Castel:

   In order to properly prepare for the hearing currently scheduled for Monday, December 12, 2016, at 2:15 p.m., the Government respectfully requests to adjourn the hearing until December 21, 2016, at 3:00 p.m., when the Government understands that the Court is available. Defense counsel consents to this request.

> Respectfully submitted,
>
> PREET BHARARA
> United States Attorney

By:   /S/ Daniel S. Goldman
    Daniel S. Goldman
    Michael Ferrara
    Brooke E. Cucinella
    Assistant United States Attorney
    (212) 637-2289/2526/2477

*cc*:   Barry H. Berke, Esq. (by ECF)
    Paul Schoeman, Esq. (by ECF)