**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/17

MEMO ENDORSED

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

January 26, 2017

*The Final Pretrial Conference will be held on March 2, 2017 at 2:15 p.m.*
*SO ORDERED*
*[signature] USDJ*
*1-26-17*

Via ECF

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. William T. Walters*, No. S1 16 Cr. 338 (PKC)

Dear Judge Castel:

I write regarding yesterday's order rescheduling the final pretrial conference to March 7 at 3 p.m. to respectfully request that it be scheduled for the morning of March 7, or any time on March 6, March 8 or any other day of the prior week (the week of February 27). The government is also available on all of those days and times.

The reason for this request is that my daughter's Bat Mitzvah is scheduled for March 11 and the dress rehearsal (which the family is required to attend) is scheduled for March 7 at 4 p.m.

Thank you for your consideration.

Respectfully submitted,

/s/ Barry H. Berke
Barry H. Berke

cc:   Brooke E. Cucinella (by ECF)
      Daniel S. Goldman (by ECF)
      Michael Ferrara (by ECF),
          Assistant United States Attorneys