

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 26, 2017

**BY EMAIL AND ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

>  Re:  **United States v. William T. Walters, a/k/a "Billy,"**
>        **S1 16 Cr. 338 (PKC)**

Dear Judge Castel:

     The Government writes to respectfully request a one-day extension, to Monday, January 30, 2017, of the deadline to file its opposition to the defendant's motion to dismiss the Indictment.  Paul Schoeman, Esq., counsel to the defendant, consents to this request and respectfully requests a similar one-day extension of the deadline to file his reply brief to Monday, February 6, 2017, to which the Government consents.

                                  Respectfully submitted,

                                  PREET BHARARA
                                United States Attorney

            By:  /S/ Daniel S. Goldman
                    Daniel S. Goldman
                    Brooke E. Cucinella
                    Michael Ferrara
                    Assistant United States Attorney
                    (212) 637-2289/2477/2526

*cc*:  Barry H. Berke, Esq. (by ECF)
       Paul Schoeman, Esq. (by ECF)