

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 19, 2017

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
      United States Courthouse
500 Pearl Street, Chambers 1020
New York, New York 10007

> Application granted.  Sentencing submissions to be filed by July 21, 2017.
> SO ORDERED.
> Dated: 7/20/2017
>
> *P. Kevin Castel*
> United States District Judge

      Re:   *United States* v. *Walters*,
           S1 16 Cr. 338 (PKC)

Dear Judge Castel:

    The Government writes to respectfully request that it be permitted to file its sentencing submission by July 21, 2017, rather than by tomorrow. Defendant William T. Walters, through counsel, consents to this request.

                             Respectfully submitted,

                             JOON H. KIM
                             Acting United States Attorney

            By:    /s/ Michael Ferrara
                    Daniel S. Goldman
                    Brooke E. Cucinella
                    Michael Ferrara
                    Assistant United States Attorney
                    (212) 637-2289/2477/2526

*cc*:    Barry H. Berke, Esq.
        Paul H. Schoeman, Esq.