**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. —

THOMAS C. DAVIS,

Defendant.

**AFFIDAVIT OF WHITNEY DAVIS**

16 Cr. 338 (PKC)

STATE OF NORTH CAROLINA   )
: ss.:
COUNTY OF GUILFORD   )

WHITNEY DAVIS, being duly sworn, deposes and says:

1.      I am the daughter of Thomas C. Davis. I reside in Greensboro, North Carolina.

2.      On Friday, October 27, 2017, I travelled to Dallas, Texas to visit my father. The purpose of my visit was both to provide him with emotional support after his sentencing and to assist him with his affairs prior to his report date, which I understand to be January 9, 2018.

3.      For several years, my father has owned a collection of approximately a dozen shotguns (the "Gun Collection"). All were purchased and held legally, according to the laws of Texas.

4.      In connection with his guilty plea, my father arranged for the Gun Collection to be removed from his house and placed into a storage locker ("Locker 1") that was jointly owned by him and his wife (and my stepmother), Terie Davis.

5.      On Saturday, October 28, 2017, I went to the jointly owned storage facility and moved the Gun Collection to a different storage locker in the same facility ("Locker 2").

6.      The Gun Collection remains in Locker 2.

_WHITNEY DAVIS_

Sworn to before me this 3rd day of
November, 2017

Notary Public

LINDA HUGHES
Notary Public - North Carolina
Guilford County
My Commission Expires April 7, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-17

2